# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAKESHA HILL,<br><br>    Plaintiff,<br><br>v.<br><br>FFE TRANSPORTATION SERVICES, INC., and JAQUAN TRACY,<br><br>    Defendants. | Civil Action File No. _____ |

## DEFENDANTS' NOTICE OF REMOVAL

COME NOW FFE Transportation Services, LLC ("FFE") and Jaquan Tracy, (hereinafter "the Defendants"), named defendants in the above-styled action, and file this Notice of Removal, respectfully showing this Court the following facts:

**1.**

Plaintiff Lakesha Hill (hereinafter "Plaintiff") filed suit against the above named defendants in the State Court of DeKalb County, State of Georgia. This suit is styled as above and numbered Civil Action File No. 19a77709. (*See generally* Plaintiff's Complaint).

1

**2.**

This Notice of Removal is filed within 30 days of FFE Transportation Services, Inc.'s notice of the Complaint pursuant to the requirements of 28 U.S.C. § 1446(b)(1).   Jaquan Tracy joins in this removal pursuant to 28 U.S.C. § 1446(b)(2)(C).

**3.**

According to Plaintiff's Complaint, Plaintiff is currently, and was at the time suit was filed in this case, a resident and citizen of the State of Georgia.  (*See* Plaintiff's Complaint ¶ 1).

**4.**

Defendant FFE is a foreign entity incorporated in Delaware with its personal place of business in Texas. Defendant FFE is therefore a citizen of Delaware and Texas.

**5.**

Defendant Jaquan Tracy is and was at the time the complaint was filed, a resident and citizen of South Carolina.

**6.**

 Thus, complete diversity exists between Plaintiff and every named defendant. 28 U.S.C. § 1332(a)(1); *Lincoln Prop. Co. v. Roche*, 546 U.S. 81, 89

(2005).

**7.**

Plaintiff made a pre-suit demand for $500,000.  Thus, upon information and belief, the amount in controversy exceeds $75,000.

**8.**

Therefore, as shown above, the aforementioned civil action is a civil action of which this Court has original jurisdiction under the provisions of Title 28 of the United States Code § 1332 and, accordingly, is one which may be removed to this Court by the Defendants pursuant to the provisions of Title 28 of the United States Code §1441, in that it is a civil action in which the matter in controversy exceeds the sum of $75,000.00 and is between citizens of different states.

**9.**

The Defendants have attached hereto a copy of the process, pleadings and/or order served upon them in this case, such copy being marked Exhibit "A."

WHEREFORE, these Defendants pray that the case be removed to the United States District Court for the Northern District of Georgia, Atlanta Division.

This 16th day of December, 2019.

Respectfully submitted,
**SWIFT, CURRIE, McGHEE & HIERS, LLP**

By: */s/ Anna K. Beaton*
_____
RICHARD C. FOSTER, ESQ.
State Bar No.: 271057
ANNA K. BEATON, ESQ.
State Bar No.: 421320
**Swift, Currie, McGhee & Hiers, LLP**
1355 Peachtree Street NE, Suite 300
Atlanta, Georgia 30309
(404) 874-8800 Phone / (404) 888-6199 Fax
*richie.foster@swiftcurrie.com*
*anna.beaton@swiftcurrie.com*
***Attorneys for the Defendants***

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| LAKESHA HILL, <br><br> Plaintiff, <br><br> v. <br><br> FFE TRANSPORTATION SERVICES, INC., and JAQUAN TRACY, <br><br> Defendants. | Civil Action File No. _____ |

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served a copy of the within and foregoing **Defendants' Notice of Removal** upon all parties to this matter by filing same with the Clerk of Court using the CM/ECF (Pacer) system and via e-mail to counsel of record and parties as follows:

Michael T. Rafi
RAFI LAW FIRM LLC
1201 West Peachtree Street NW
Suite 2319
Atlanta, Georgia 30309
*Attorney for Plaintiff*

*Signatures on Following Page*

This 16th day of December, 2019.

By: */s/ Anna K. Beaton*
ANNA K. BEATON, ESQ.
State Bar No.: 421320
**SWIFT, CURRIE McGHEE & HIERS, LLP**